```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CATHIE REED                                              PLAINTIFF

      v.             Civil No. 06-5209

MERCY HEALTH SYSTEM OF
NORTHWEST ARKANSAS, INC.                                 DEFENDANT

### O R D E R

Now on this 10th day of September, 2007, comes on for consideration the parties' **Stipulation For Dismissal** (document #42), and the Court, being well and sufficiently advised, finds that this matter should be, and same hereby is, **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**